**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number *(if known)* _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **TAWK DEVELOPMENT, LLC** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **DBA Falcon Landing** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **56-2579975** |

| 4. | Debtor's address | **Principal place of business**<br><br>**5067 Madre Mesa Drive**<br>**Las Vegas, NV 89108**<br>Number, Street, City, State & ZIP Code<br><br>**Clark**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
|---|---|---|---|
| 5. | Debtor's website (URL) | www.falconlandingnevada.com | |
| 6. | Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership<br>☐ Other. Specify: _____ | |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | TAWK DEVELOPMENT, LLC |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Apartment Guide<br>Attn: Managing Member<br>P.O. Box 402039<br>Atlanta, GA 30384 | | Trade | | | | $1,331.78 |
| City of Las Vegas -Sewer<br>c/o Christine Wittwer, Services Div.<br>Finance and Business Services<br>400 Stewart Ave., Third Floor<br>Las Vegas, NV 89101 | | Tax | | | | $22,132.28 |
| Clark County Treasurer<br>c/o Bankruptcy Clerk<br>500 S Grand Central Pkwy.<br>Box 551220<br>Las Vegas, NV 89155 | | Tax | | | | $16,953.03 |
| Desert Inn Management Company<br>Attn: Managing Member<br>5067 Madre Mesa Dr., #2069<br>Las Vegas, NV 89108 | | Trade | | | | $21,138.80 |

Debtor  __TAWK DEVELOPMENT, LLC__                                        Case number *(if known)* _____
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Design Works Custom Painting<br>Attn: Managing Member<br>8002 Secretariat Lane<br>Las Vegas, NV 89123 | | Trade | Disputed | | | $2,500.00 |
| Johnstone Supply<br>Attn: Managing Member<br>2319 Western Ave.<br>Las Vegas, NV 89102 | | Trade | | | | $1,360.59 |
| Las Vegas Valley Water District<br>Attn: Lori Mitchell, Legal Dept.<br>1001 S. Valley View Blvd.<br>Las Vegas, NV 89153 | | Utility | | | | $4,950.36 |
| Mobile Carpet & Upholsery Cleaning<br>Attn: Managing Member<br>6316 Anaconda Street<br>Las Vegas, NV 89108 | | Trade | | | | $50.00 |
| NV Energy<br>Attn: Yvonne Enos, Legal Dept.<br>6226 West Sahara Ave.<br>Las Vegas, NV 89146 | | Utility | | | | $1,243.34 |
| Pro-Tect Secutiry<br>Attn: Managing Member<br>3511 S. Eastern Ave.<br>Las Vegas, NV 89169 | | Trade | | | | $5,028.71 |
| Republic Services<br>Attn: Legal<br>18500 North Allied Way<br>Phoenix, AZ 85054 | | Trade | | | | $357.02 |

Debtor   **TAWK DEVELOPMENT, LLC**                                   Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Silver Lands, Inc, Attn: Managing Member 2901 S. Highland Drive #15A Las Vegas, NV 89109 | | Trade | Disputed | | | $4,455.00 |

## United States Bankruptcy Court
### District of Nevada

In re  **TAWK DEVELOPMENT, LLC**                                    Case No. _____
                              Debtor(s)                             Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the ___ of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  __12/14/15__            _____
                               **Michael Talbott/**
                               Signer/Title

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

TAWK DEVELOPMENT, LLC
5067 Madre Mesa Drive
Las Vegas, NV 89108

Talitha Gray Kozlowski, Esq.
Garman Turner Gordon LLP
650 White Drive, Ste. 100
Las Vegas, NV 89119

Apartment Guide
Attn: Managing Member
P.O. Box 402039
Atlanta, GA 30384

Athene Annuity and Life Company
Acct No xx5614
c/o Principal Real Estate Investors
Attn: Brenda Stephany
7700 Mills Civic Pkwy.
West Des Moines, IA 50266

Athene Annuity and Life Company
Attn: Bart Larsen, Elliot Eisner and
Lisa Zastro
400 South Rampart Blvd., Ste. 400
Las Vegas, NV 89145

Cindy Talbott
Falcon Landing
5067 Madre Mesa
Las Vegas, NV 89108

City of Las Vegas -Sewer
c/o Christine Wittwer, Services Div.
Finance and Business Services
400 Stewart Ave., Third Floor
Las Vegas, NV 89101

Clark County Assessor
c/o Bankruptcy Clerk
500 S Grand Central Pkwy
Box 551401
Las Vegas, NV 89155

Clark County Treasurer
c/o Bankruptcy Clerk
500 S Grand Central Pkwy.
Box 551220
Las Vegas, NV 89155

Dept. of Employment, Training & Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

Desert Inn Management Company
Attn: Managing Member
5067 Madre Mesa Dr., #2069
Las Vegas, NV 89108

Design Works Custom Painting
Attn: Managing Member
8002 Secretariat Lane
Las Vegas, NV 89123

Johnstone Supply
Attn: Managing Member
2319 Western Ave.
Las Vegas, NV 89102

Karen Keller
Keller Investment Properties
500 North Marketplace Dr., Ste. 101
Centerville, UT 84014

Las Vegas Valley Water District
Attn: Lori Mitchell, Legal Dept.
1001 S. Valley View Blvd.
Las Vegas, NV 89153

Leroy D. Wilder
Keller Investment Properties
500 North Marketplace Dr., Ste. 101
Centerville, UT 84014

Michael S. Talbott
Falcon Landing
5067 Madre Mesa Drive
Las Vegas, NV 89108

Mobile Carpet & Upholsery Cleaning
Attn: Managing Member
6316 Anaconda Street
Las Vegas, NV 89108

NV Energy
Attn: Yvonne Enos, Legal Dept.
6226 West Sahara Ave.
Las Vegas, NV 89146

Pro-Tect Secutiry
Attn: Managing Member
3511 S. Eastern Ave.
Las Vegas, NV 89169

Republic Services
Attn: Legal
18500 North Allied Way
Phoenix, AZ 85054

Scott Keller
Keller Investment Properties
500 North Marketplace Dr., Ste. 101
Centerville, UT 84014

Silver Lands, Inc,
Attn: Managing Member
2901 S. Highland Drive #15A
Las Vegas, NV 89109

The Leroy and Nancy Wilder Trust
Keller Investment Properties
500 North Marketplace Dr., Ste. 101
Centerville, UT 84014

United States Trustee
300 Las Vegas Blvd. South #4300
Las Vegas, NV 89101